IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SPIRIT LAKE TRIBE, on its own behalf and on behalf of its members, <br> DION JACKSON, <br> KARA LONGIE, <br> KIM TWINN, <br> TERRY YELLOW FAT, <br> LESLIE PELTIER, <br> CLARK PELTIER, <br><br>     Plaintiffs, <br><br>   v. <br><br> ALVIN JAEGER, in his official capacity as Secretary of State, <br><br>     Defendant. | *EMERGENCY* MOTION FOR TEMPORARY RESTRAINING ORDER <br><br> Civil No. 1:18-cv-00222-DLH-CSM |

  Pursuant to Fed. R. Civ. P. 65(b), Plaintiffs respectfully move this Court for an emergency temporary restraining order seeking tailored relief from the proof of residential address requirement for voting for Native Americans who live on or near reservations who are at risk of disenfranchisement in this election.

  Plaintiffs will provide the North Dakota Attorney General's Office, Attorney for Defendant, actual notice of this filing.

Respectfully submitted,

/s/ Timothy Q. Purdon_____
Timothy Q. Purdon (ND#05392)
ROBINS KAPLAN LLP
1207 West Divide Avenue
Suite 200

Bismarck, ND 58503
T: (701) 255-3000
F: (612) 339-4181
TPurdon@RobinsKaplan.com

Matthew Campbell
NM Bar No. 138207, CO Bar No. 40808
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, Colorado 80302
Phone: (303) 447-8760
mcampbell@narf.org

Jacqueline De León
CA Bar No. 288192, DC Bar No. 1023035
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, Colorado 80302
jdeleon@narf.org

Mark P. Gaber *
Danielle M. Lang *
Molly Danahy *
    ❖Licensed to practice in N.Y. only; supervision by Mark P. Gaber, a member of the D.C. Bar.
CAMPAIGN LEGAL CENTER
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200

Joseph M. Sellers, Bar No. 318410 *
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Counsel for Plaintiffs*

\* — *Motions for admission* pro hac vice *forthcoming*

Dated:  October 31, 2018