**SECOND DECLARATION OF MOSHE PASTERNAK**

I, Moshe Pasternak, declare under penalty of perjury that the following is true and correct:

1. I am currently Program Assistant at the Campaign Legal Center (CLC), counsel to Plaintiffs in this action. I have been employed at CLC since June 2017, and I have been CLC's Program Assistant since April 2018.

2. As Program Assistant, I work across CLC's multiple program areas, including its Voting Rights Program. My responsibilities include conducting factual research using various data sources, including a wide range of internet sources.

3. I make this declaration based on my personal knowledge.

4. On October 29, 2018, at 4:52 p.m. Central Time, I placed a phone call from my work phone to the publicly listed number of the 911 Commissioner of Benson County, 701-662-0700.

5. Using the video recording feature on my mobile phone while covering the phone's camera, I recorded the audio of the phone call and have preserved that recording.

6. I then created a true and accurate transcription of the audio recording to the best of my ability. That transcription follows:

> Regional Enforcement Center, the administrative offices. Please listen carefully to the following options as they have changed. If this is an emergency, hang up and dial 9-1-1 now. If you need an officer or you are filing a report, press 1. If you need the animal pound, press 1. If you need Benson, Towner, Nelson or Eddy county sheriff's department please press 1. If you need public service information or inmate information, please refer to the Lake Region Law Enforcement Center website at www.lrlec.org. Otherwise, if you wish to speak with the administrative offices of the Devil Lake police department, press 2. The Ramsey county sheriff's office, press 3. If you need Corrections, press 4. The LEC administrative offices and or Corrections, press 5. The reentry center, press 6. Community service, press 7. If you need to hear this menu again, press 9 now.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2018.

/s/ Moshe Pasternak
Moshe Pasternak