## DECLARATION OF LONNA JACKSON STREET

I, Lonna Jackson Street, declare as follows:

1. I am over 18 years of age and competent to testify. I am an enrolled member of the Spirit Lake Nation. My birth date is ▮▮▮▮ 1972. I live in the St. Michael District on the Spirit Lake Reservation in Benson County, North Dakota. I have lived here all of my life.

2. I am the Secretary Treasurer of the Spirit Lake Tribal Council. I have held this position for a year and a half.

3. I am aware of another enrolled member of the Spirit Lake Tribe, in addition to Dion Jackson, who applied for an absentee ballot and received a letter from the Benson County Auditor rejecting her application. I have seen the letter myself and have personal knowledge of its contents. The letter stated that the member's application had been rejected because the address written on the application does not match her address in the ND DOT Database or is an invalid address.

4. I also saw both her absentee ballot application, which had the address highlighted on it, and her North Dakota Driver's license. I compared her license and her application and confirmed that the same address was listed on both documents.

5. The member informed me that the address on her driver's license is the one she obtained from the 911 coordinator, and that it is the same address that she listed on her absentee ballot application.

Executed on October 2̶8̶ 30, 2018 at Fort Totten, North Dakota.

I declare under penalty of perjury that the foregoing is true and correct.

*Lonna Jackson Street* (signature)

Lonna Jackson Street