## DECLARATION OF VICE-CHAIRMAN DOUGLAS YANKTON

Pursuant to 28 U.S.C. § 1746, I declare that:

1. My name is Douglas Yankton. I am the Vice Chairman of the Spirit Lake Tribe. I know the facts set forth in this declaration of my own personal knowledge, and could and would competently testify to those facts if asked to do so.

2. My birthdate is ▇ 1967. I am an enrolled member of the Spirit Lake Tribe and a citizen of the United States. I am qualified to vote in the upcoming federal and state elections.

3. The Spirit Lake Tribe is approximately 495 square miles and is wholly located within the state of North Dakota. Internal to the tribe we have four districts within our reservation: Crow Hill District; Woodlake District; Mission District; and Fort Totten District.

4. The Reservation is primarily located within Benson and Eddy counties of North Dakota. Smaller areas extend into Ramsey, Wells, and Nelson counties.

5. Our current membership consists of approximately 8,001 members. Approximately 3,776 members live on the Reservation with additional members in the surrounding area.

6. After the 8th Circuit put a hold on the District Court's order, the Spirit Lake Tribe has been concerned that our membership would not have the physical addresses necessary to comply with requirement of a current residential address on their IDs.

7. The Spirit Lake Tribe previously issued IDs with a residential address, PO Box, or no address.

8. On parts of the reservation, the homes do not have street addresses assigned. Sometimes, even if they do have addresses assigned by 911, members do not know their address and have not been notified of their address. Many streets do not have signs on them and many houses are not labeled with numbers.

9. We also have a severe housing shortage on the reservation and many members live in poverty and may not consistently live in one house, although they remain within one district moving from home to home.

10. On parts of the reservation, mail service does not exist. Instead, we rely on P.O. Boxes or other mailing addresses such as business addresses to conduct our affairs.

11. Following the 8th Circuit order, the Spirt Lake Tribe decided to spend our resources on helping our members obtain the IDs they need to vote.

12. It is very important to the Spirit Lake Tribe that our enrolled members vote.

13. Our members need housing, healthcare, and social services. We need our roads paved. We need services for our veterans. We need representatives that will represent us, respond to our needs, and work with us in local, state, and federal government.

14. In short, we need our members to vote so that we can exercise our collective political power, demand the attention of our representatives, and advocate effectively for our fair share of resources.

15. We have put out public service announcements online, on social media, and on the radio to inform our members about the new physical address requirements.

16. We changed our ordinary hours for issuing IDs from 8am-4:30pm Monday through Friday to 8am-6:30pm Monday through Friday to accommodate the need from our community for new IDs that meet the new requirements.

17. We also are waiving the cost of a tribal ID, which ordinarily costs $11 and helps us cover the cost of issuing IDs and paying staff to issue IDs.

18. It takes approximately 7 minutes to make an ID for one of our members.

19. We only have two staff members—Robin Herman Smith and Winona Fox—that provide this service and they have been overwhelmed by the need.

20. Every day—especially during members' lunch breaks—there are people in long lines waiting to receive their new IDs.

21. If a member does not know his or her physical address, we assist in determining their physical address. We do that by checking our own internal information about physical addresses of other members that live at the same residence. If that does not determine the address, we call the 911 coordinator to determine the address or have an address assigned.

22. The State of North Dakota has not provided the Spirit Lake Tribe with any resources, financial or otherwise, to help us assist our members comply with state law.

23. The Spirt Lake Tribe does not have the resources to issue tribal IDs for free indefinitely.

24. This sudden change and the need to provide IDs with accurate physical addresses to our members has been an enormous strain on tribal resources.

25. I personally have spent about 3 hours per day for the past several weeks working with my colleagues on the council to address this serious and emergent issue for our members.

26. My administrative assistant has also diverted much of her time to work on this issue, including making and printing flyers about how our members can vote.

27. As a tribe, we have spent far more resources on this election and assisting our members vote than we have in previous elections. We feel that we have to spend these resources now because our members face steep barriers to voting.

28. Based on our database, which tells us which IDs have PO Boxes or no address, we do not believe all eligible tribal members are in possession of an updated ID with a current residential address.

29. We also believe there is a serious risk that some of our members may not be permitted to vote either by absentee ballot or in person because they have a physical address on their ID but it is not the one that the state recognizes. We are afraid this may be particularly true for recently assigned addresses.

30. The tribe has already received reports from enrolled members, including ▮▮▮ ▮▮▮ that their absentee ballot has been rejected because of their ID address does not "match" the state address records.

31. I am personally afraid that I might not be permitted to vote on Election Day.

32. I personally have a state issued ID with an address on it, 7041 37th St. NE Oberon, 58357.

33. My girlfriend lives at the same home, but was issued an address that differs from mine. Her address is listed as 7041 37th St. NE Fort Totten, 58335.

34. I have lived at my current residence since 2000. I have always known my address to be 7041 37th St. NE Oberon, 58357. I believe I used that address to get my power turned on. I believe the previous owners used that same address.

35. My girlfriend moved into my current residence with me in 2010.

36. In approximately 2015, my girlfriend called the 911 coordinator and she was given the same street number and street name but different city and zip code: 7041 37th St. NE Fort Totten, 58335.

37. When she updated her license in approximately 2015, she was issued a North Dakota driver's license with the Fort Totten address.

38. My driver's license expires in 2021 and I was never notified of any change in my address.

39. Given that my girlfriend and I currently have two different addresses for the same physical residence, I am afraid that I will not be permitted to vote if my address does not "match" the state's system for tracking addresses. I do not know which address is correct.

40. To this day, my home does not have mail delivery. I depend upon my PO Box and business address to conduct my business affairs. For example, my utility bill is addressed to my PO Box as is my paycheck stub.

Executed on October 29, 2018, at

I declare under penalty of perjury that the foregoing is true and correct.

_____
Vice Chairman Douglas Yankton