## Declaration of Terry Yellow Fat

1. My name is Terrance ("Terry") Yellow Fat. I am an enrolled member of the Standing Rock Sioux Tribe.

2. I was born here on ▇ 1949.

3. I live in Fort Yates, North Dakota.

4. A few years ago, I went to the courthouse to speak to the sheriff to receive my "911 address." The address he gave me was 1343 92nd street. I had never heard of this address. There is no sign on my street that says "92nd street."

5. The sign on my street says "Buffalo Avenue." I don't know who put that sign up.

6. Even so, I started to use that address and told my family members to use that address rather than the P.O. Box we ordinarily used.

7. After that, my family was not receiving the packages they ordered to 1343 92nd street.

8. Eventually, the UPS delivery person found us. He told me that the address we were using belonged to the liquor store down the road from my house.

9. Now, I use my post office box for mail. Even my utility bills for the house go to my post office box.

10. I usually vote but I don't have an ID with my "911 address" on it.

11. I plan to go to the tribal enrollment office to ask for a new ID that includes my "911 address" so I can vote.

Executed on October 28, 2018 at Fort Yates, North Dakota.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:

*Terry Yellow Fat*

Terry Yellow Fat