# DECLARATION OF PHYLLIS YOUNG

Pursuant to 28 U.S.C. § 1746, I declare that:

1. My name is Phyllis Young and I am an enrolled member of the Standing Rock Sioux Tribe.

2. I live at 8746 Highway 24, Fort Yates, ND 58538. I live with my husband Eugene and six other individuals.

3. Kim Twinn is my niece. She lives at my home at 8746 Highway 24, Fort Yates, ND 58538.

4. Kim moved into my home in October of 2017 and has lived there continuously since. She helps care for my husband, who is suffering from Alzheimer's.

5. None of the bills or other mail that comes to my home are addressed to Kim.

6. There are others like Kim that live in our community but are not enrolled in the Standing Rock Sioux Tribe but are members of other tribes. These individuals often have difficulty receiving the necessary documentation of their residential address to vote.

Executed on October 28, 2018 at Fort Yates, North Dakota.

I declare under penalty of perjury that the foregoing is true and correct.

Signature:

*[signature: Phyllis Young]*

Phyllis Young