IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spirit Lake Tribe, et al., <br><br> v. <br><br> Alvin Jaeger, in his official capacity as Secretary of State, | **MOTION TO APPEAR PRO HAC VICE** <br><br> Case No.  1:18-cv-00222-DLH-CSM |

Danielle M. Lang , an attorney for   Plaintiffs

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | U.S. Supreme Court (ID: 301456); <br> U.S. District Court for the Central District of CA (N/A); <br> U.S. Court of Appeals for the Eleventh Circuit (ID: 172186224); <br> U.S. Court of Appeals for the Fifth Circuit (N/A); <br> U.S. Court of Appeals for the Ninth Circuit (N/A); <br> U.S. District Court for D.C. (ID: 1500218). |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 1  day of  November, 2018 .

/s/        Danielle M. Lang

DC Bar: 1500218
Campaign Legal Center
1411 K Street NW, Ste. 1400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegal.org