UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, and Clark Peltier, | ) ) ) ) ) ) | **STIPULATION REGARDING INDIVIDUAL PLAINTIFFS' ELIGIBILITY TO VOTE IN NOVEMBER 2018 GENERAL ELECTION** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **Case No. 1:18-cv-00222** |
| Alvin Jaeger, in his official capacity as the Secretary of State, | ) ) ) | |
| Defendant. | ) ) ) | |

......................................................................................................................................

### JOINT STIPULATION

1.      Plaintiffs Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, and Clark Peltier will be permitted to vote in the November 6, 2018 General Election. The State of North Dakota's position is that they will be permitted to vote pursuant to the "current residential address" requirements of N.D. Cent. Code § 16.1-01-04.1.

2.      The Benson County Auditor has issued supplemental documentation to plaintiffs Dion Jackson and Kara Longie that lists their current residential address, according to the State of North Dakota, for voting purposes.  See Exhibits A & B attached. The State of North Dakota's position is that these letters were sent pursuant to N.D. Cent. Code § 16.1-01-04.1(3)(b)(5) and that North Dakota law permits them to vote with this supplemental documentation and their state-issued IDs.  Dion Jackson and Kara Longie will be permitted to cast a ballot with this supplemental documentation and their state-issued IDs at Benson County Precinct 4 – Warwick Fire Hall, Warwick, North Dakota;

3.      Defendant Jaeger will instruct the Sioux County Auditor to permit Plaintiff Kim Twinn, upon presentation of her Northern Cheyenne Tribe enrollment certificate, to cast a ballot at Sioux County Courthouse (FY East), Fort Yates, North Dakota;

4.      The Sioux County Auditor has issued supplemental documentation to plaintiff Terry Yellow Fat that lists his current residential address, according to the State of North Dakota, for voting purposes as 1392 92nd St., Fort Yates, ND 58538.  See Exhibit C attached.  The State of North Dakota's position is that this letter was sent pursuant to N.D. Cent. Code § 16.1-01-04.1(3)(b)(5) and that North Dakota law permits him to vote with this supplemental documentation and his current tribal ID.  Plaintiff Yellow Fat will be permitted to cast a ballot with this supplemental documentation and his tribal ID at Sioux County Courthouse (FY West), Fort Yates, North Dakota;

5.      According to the State of North Dakota, Plaintiffs Leslie Peltier and Clark Peltier have a current residential address of 10296 40th Ave. NE, St. John, ND, 58369. That address is currently listed in the State's Central Voter File and will be reflected in the poll books of Rolette County. Plaintiffs Leslie Peltier and Clark Peltier will be permitted to cast ballots upon presentation of their North Dakota driver's licenses, and will be permitted to cast  ballots at St. John Senior Center, St. John, North Dakota;

6.      It is the State's position that no court order is required to permit the plaintiffs to vote in the November 6, 2018 General Election.  Notwithstanding this position, the State stipulates to having this order entered to ensure the plaintiffs have the ability to vote in the November 2018 General Election.  In exchange, plaintiffs agree to waive any and all claims for attorney's fees based solely on this Stipulation and Order for the plaintiffs. Plaintiffs do not waive entitlement to fees that might arise from future court orders, including for all attorney hours to date.

7.      Plaintiffs do not agree with the State's representations in the foregoing paragraphs but agree that all individual Plaintiffs are entitled to vote in the November 6, 2018 General Elections and will be permitted to do so with the documentation listed above. Plaintiffs do not agree that this documentation can be constitutionally required as applied to them.

2

Dated this 2nd day of November, 2018.

State of North Dakota
Wayne Stenehjem
Attorney General

By:    /s/  Matthew A. Sagsveen
       Matthew A. Sagsveen
       Solicitor General
       State Bar ID No. 05613
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email masagsve@nd.gov

By:    /s/  Courtney R. Titus
       Courtney R. Titus
       Assistant Attorney General
       State Bar ID No. 08810
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email ctitus@nd.gov

Attorneys for Defendant.

ROBINS KAPLAN LLP

By:    /s/ Timothy Q. Purdon
       Timothy Q. Purdon
       State Bar ID No. 05392
       1207 West Divide Avenue
       Suite 200
       Bismarck, ND 58503
       Telephone (701) 255-3000
       Facsimile (612) 339-4181
       tpurdon@robinskaplan.com

COHEN MILSTEIN SELLERS &
TOLL PLLC

By:    /s/  Joseph M. Sellers
       Joseph M. Sellers,
       NY Bar No. 318410
       1100 New York Avenue, N.W.
       Suite 500, East Tower
       Washington, DC 20005
       Telephone (202) 408-4600
       Facsimile (202) 408-4699
       jsellers@cohenmilstein.com

NATIVE AMERICAN RIGHTS FUND

By:    /s/ Matthew Campbell
       Matthew Campbell
       NM Bar No. 138207
       CO Bar No. 40808
       mcampbell@narf.org

By:    /s/ Jacqueline De León
       Jacqueline De León
       CA Bar No. 288192
       DC Bar No. 40808
       1506 Broadway
       Boulder, Colorado 80302
       Telephone (303) 447-8760
       jdeleon@narf.org

CAMPAIGN LEGAL CENTER
       Mark P. Gaber
       Danielle M. Lang
       Molly Danahy
       Licensed to practice in N.Y. only
       supervision by Mark P. Gaber, a
       member of the D.C. Bar
       1411 K Street NW, Suite 1400
       Washington, DC 20005
       Telephone (202) 736-2200

Attorneys for Plaintiffs.

3