IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, and Clark Peltier,<br><br>Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as Secretary of State,<br><br>Defendant. | **ORDER ADOPTING STIPULATION**<br><br><br>Case No. 1:18-cv-222 |

Before the Court is the Parties' "Stipulation Regarding Individual Plaintiffs' Eligibility to Vote in November 2018 General Election" filed on November 2, 2018. See Doc. 34. The Court **ADOPTS** the Stipulation (Doc. 34) and **ORDERS** as follows: Plaintiffs Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, and Clark Peltier shall be permitted to vote in the November 6, 2018 General Election.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2018.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court