# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, Clark Peltier, <br><br> Plaintiffs, <br><br> vs. <br><br> Alvin Jaeger, in his official capacity as Secretary of State, <br><br> Defendants. | **ORDER ADOPTING STIPULATION** <br><br><br><br><br> Case No. 1:18-cv-222 |

On January 24, 2019, the parties filed a "Stipulation Extending Plaintiffs' Time to File a Response to Defendant's Motion to Dismiss, Providing Defendant's Consent to File and Amended Complaint, and Extending Defendant's Time to File a Responsive Pleading." The court **ADOPTS** the parties' stipulation (Doc. No. 40) and **ORDERS**:

1. Plaintiffs shall have until February 28, 2019, to file a response to defendant's motion to dismiss or to file an amended complaint.

2. Should plaintiffs file an amended complaint on or before February 28, 2019, defendant shall have until May 1, 2019, to file a responsive pleading. If plaintiffs filed an amended complaint, the court shall be separate order deem defendant's pending motion to dismiss moot.

Dated this 25th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court