UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, Dion Jackson, Kara Longie, Kim Twinn, Terry Yellow Fat, Leslie Peltier, and Clark Peltier,<br><br>     Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as the Secretary of State,<br><br>     Defendant. | **Case No. 1:18-cv-00222**<br><br>**DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

  The Defendant moves the Court for an order dismissing the Second Amended Complaint for Declaratory and Injunctive Relief (Doc. 51) in its entirety. This motion is supported by the attached memorandum and all documents on file with this court. With respect to the two tribes named as plaintiffs, Spirit Lake Tribe and Standing Rock Sioux Tribe, the tribes lack standing to bring claims on their own behalf and on behalf of their members as *parens patriae*. In addition, all of the Plaintiffs have failed to state a claim upon which relief can be granted. Further, Defendant is immune from all of the claims pursuant to the Eleventh Amendment to the United States Constitution.

  The Defendant requests an Order granting his motion to dismiss as authorized by Rule 12(b)(6) of the Federal Rules of Civil Procedure and the legal authorities cited in the memorandum in support of this motion.

  Dated this 17th day of July, 2019.

State of North Dakota
Wayne Stenehjem
Attorney General

By: /s/ Matthew A. Sagsveen
    Matthew A. Sagsveen
    Solicitor General
    State Bar ID No. 05613
    Office of Attorney General
    500 North 9th Street
    Bismarck, ND 58501-4509
    Telephone (701) 328-3640
    Facsimile (701) 328-4300
    Email masagsve@nd.gov

By: /s/ David R. Phillips
    David R. Phillips
    Assistant Attorney General
    State Bar ID No. 06116
    Office of Attorney General
    500 North 9th Street
    Bismarck, ND 58501-4509
    Telephone (701) 328-3640
    Facsimile (701) 328-4300
    Email drphillips@nd.gov

Attorneys for Defendant.