## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| SPIRIT LAKE TRIBE, on its own behalf and on behalf of its members, STANDING ROC SIOUX TRIBE, on its own behalf and on behalf of its members, DION JACKSON, KARA LONGIE, KIM TWINN, TERRY YELLOW FAT, LESLIE PELTIER, CLARK PELTIER, <br><br> Plaintiffs, <br><br> v. <br><br> ALVIN JAEGER, in his official capacity as Secretary of State, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** <br><br><br><br><br><br><br><br><br><br> Case No. 1:18-cv-222 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on February 4, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 27th day of December, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court