# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, et al., | ) ) ) |
| Plaintiffs, | ) **ORDER SCHEDULING STATUS** ) **CONFERENCE** ) |
| vs. | ) ) |
| Alvin Jaeger, in his official capacity as Secretary of State, | ) ) Case No.: 1:18-cv-222 ) |
| Defendant. | ) ) |

The court shall hold a status conference with the parties by telephone on March 13, 2020, at 11:00 a.m. CDT. To participate in the conference, counsel should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court