# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Spirit Lake Tribe, on its own behalf and on behalf of its members, et al., | )<br>)<br>) |
| Plaintiffs, | ) **ORDER EXTENDING STAY**<br>)<br>) |
| vs. | )<br>) |
| Alvin Jaeger, in his official capacity as the Secretary of State, | )<br>) Case No.: 1:18-cv-222<br>) |
| Defendant. | ) |

As stated during today's status conference, the Court orders that the current stay be extended until April 27, 2020, ten business days beyond its current expiration of April 13, 2020. All discovery, discovery deadlines, and motions deadlines within this time period are stayed. Additionally, defendant's answer to the second amended complaint is due on April 27, 2020.

**IT IS SO ORDERED**.

Dated this 10th day of April, 2020.

                                                   */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter
                                                   United States Magistrate Judge