UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Richard Brakebill, Dorothy Herman,
Della Merrick, Elvis Norquay, Ray Norquay
and Lucille Vivier, on behalf of themselves,

    Plaintiffs,
 vs.

Alvin Jaeger, in his official capacity as the
Secretary of State,

    Defendant.

Spirit Lake Tribe, on its own behalf and
on behalf of its members, et al.,

    Plaintiffs,

 vs.

Alvin Jaeger, in his official capacity as the
Secretary of State,

    Defendant.

**DEFENDANT'S ASSENTED TO MOTION
TO CONSOLIDATE CASES**

Case No. 1:16-cv-008
Case No. 1:18-cv-00222

  Defendant Alvin Jaeger, in his official capacity as the North Dakota Secretary of State (hereinafter "Secretary") moves the Court for an order consolidating the two cases captioned above: Richard Brakebill, et. al. v. Alvin Jaeger (Case No. 1:16-cv-00008) (hereinafter "Brakebill Case") and Spirit Lake Tribe, et. al. v. Alvin Jaeger (Case No. 1:18-cv-00222) (hereinafter "Spirit Lake Case"), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  Counsel for all of the plaintiffs in both the Brakebill Case and the Spirit Lake Case have reviewed this motion and the supporting memorandum and assent to their filing.

Dated this 23rd day of April, 2020.

        State of North Dakota
        Wayne Stenehjem
        Attorney General

By:    /s/ David R. Phillips
       David R. Phillips
       Assistant Attorney General
       State Bar ID No. 06116
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email drphillips@nd.gov

       /s/ Matthew A. Sagsveen
       Matthew A. Sagsveen
       Solicitor General
       State Bar ID No. 05613
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email masagsve@nd.gov

Attorneys for Defendant.