IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SPIRIT LAKE TRIBE, on its own behalf and on behalf of its members, STANDING ROCK SIOUX TRIBE, on its own behalf and on behalf of its members, DION JACKSON, KARA LONGIE, KIM TWINN, TERRY YELLOW FAT, LESLIE PELTIER, CLARK PELTIER,<br><br>Plaintiffs,<br><br>v.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State,<br><br>Defendant. | Lead Case No. 1:18-cv-00222 |
| RICHARD BRAKEBILL, DELLA MERRICK, ELVIS NORQUAY, RAY NORQUAY, and LUCILLE VIVIER, on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>ALVIN JAEGER, in his official capacity as Secretary of State,<br><br>Defendant. | Consolidated Case No. 1:16-cv-8 |

**ASSENTED MOTION FOR ENTRY OF CONSENT DECREE**

Pursuant to a settlement agreement among the parties to this consolidated action, the parties respectfully request that the Court approve the proposed consent decree attached as Exhibit 1 hereto and enter it as an Order of this Court. Counsel for all parties in the consolidated cases have approved this motion.

1

Dated: April 24, 2020

Matthew Campbell,
NM Bar No. 138207, CO Bar No. 40808
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, Colorado 80302
Phone: (303) 447-8760
mcampbell@narf.org

Jacqueline De León
CA Bar No. 288192, DC Bar No.1023035
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, Colorado 80302
jdeleon@narf.org

Joseph M. Sellers, Bar No. 318410
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jsellers@cohenmilstein.com

Respectfully submitted,

Timothy Q. Purdon (ND# 05392)
ROBINS KALPAN LLP
1207 West Divide Avenue
Suite 200
Bismarck, ND 58503
T: (701) 255-3000
F: (612) 339-4181
TPurdon@RobinsKaplan.com

/s/ Mark P. Gaber
Mark P. Gaber
D.C. Bar No. 988077
Danielle M. Lang
D.C. Bar No. 1500218
Molly Danahy
D.C. Bar No. 1643411
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
mgaber@campaignlegal.org
dlang@campaignlegal.org
mdanahy@campaignlegal.org

*Counsel for Plaintiffs*