**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Richard Brakebill, Dorothy Herman, Della Merrick, Elvis Norquay, Ray Norquay, and Lucille Vivier, on behalf of themselves,<br><br>        Plaintiffs,<br><br> vs.<br><br>Alvin Jaeger, in his official capacity as the North Dakota Secretary of State,<br><br>        Defendant. | **NOTICE OF APPEAL**<br><br><br><br><br><br>**Case No. 1:16-CV-008** |
| Spirit Lake Tribe, on its own behalf and on behalf of its members, et al.,<br><br>        Plaintiffs,<br><br> vs.<br><br>Alvin Jaeger, in his official capacity as the North Dakota Secretary of State,<br><br>        Defendant. | **Case No. 1:18-CV-222** |

   Notice is hereby given that Defendant Alvin Jaeger, in his official capacity as the North Dakota Secretary of State, appeals to the United States Court of Appeals for the Eighth Circuit from the Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorney's Fees dated May 7, 2020 (ECF Doc. No. 98 in lead case of 1:18-cv-222), and from the final judgment dated May 7, 2020, granting costs and attorney's fees in the amount of $452,983.76 (ECF Doc. No. 99 in lead case of 1:18-cv-222).

   This appeal is taken pursuant to 28 U.S.C. § 1291.

Dated this 5th day of June, 2020.

        State of North Dakota
        Wayne Stenehjem
        Attorney General

        By:     /s/ James E. Nicolai
                James E. Nicolai
                Deputy Solicitor General
                State Bar ID No. 04789
                Office of Attorney General
                500 North 9th Street
                Bismarck, ND 58501-4509
                Telephone (701) 328-3640
                Facsimile (701) 328-4300
                Email jnicolai@nd.gov

        Attorneys for Defendant.