U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:18-cv-222 and 1:16-cv-8    Brakebill, et al v. Jaeger and Spirit Lake Tribe et al v. Jaeger

Length of trial:

| Financial Status: | Fee Paid? | ☑ Yes | ☐ No |
| --- | --- | --- | --- |
| | If **NO**, has IFP been granted? | ☐ Yes | ☐ No |
| | Is there a pending motion for IFP? | ☐ Yes | ☑ No |

Are there any other pending post-judgment motions?   ☑ Yes   ☐ No

Please identify the court reporter:   ☑ No hearings held

    Name:

    Address:

    Telephone Number:

Criminal cases only:
    Is the defendant incarcerated?   ☐ Yes (include address below)   No ☐

    Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**