# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2142

_____

Spirit Lake Tribe, On its own behalf and on behalf of its members; Dion Jackson; Kara Longie; Kim Twinn; Terry Yellow Fat; Leslie Peltier; Clark Peltier; Standing Rock Sioux Tribe, on its own behalf and on behalf of its members; Richard Brakebill; Della Merrick; Elvis Norquay, on behalf of himself; Ray Norquay, on behalf of himself; Lucille Vivier, on behalf of herself

Plaintiffs - Appellees

Dorothy Herman

Plaintiff

v.

Alvin Jaeger, in his official capacity as the North Dakota Secretary of State

Defendant - Appellant

United States of America

Defendant - Interested Party

Appeal from U.S. District Court for the District of North Dakota - Western
(1:18-cv-00222-DLH)
(1:16-cv-00008-DLH)

**JUDGMENT**

Before COLLOTON, BENTON and KELLY, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.

July 16, 2021


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans